IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                           Case Nos.:    3:11cr105/RV/EMT
                                                            3:14cv318/RV/EMT

GABINO ORTIZ SR.,
    Reg. No. 21235-017
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 30, 2015 (doc. 147).  Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.   The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.   The Government's motion to dismiss (doc. 141) is **GRANTED** and the motion to vacate, set aside, or correct sentence (doc. 139) is **DENIED and DISMISSED** as untimely.

3.   A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 4th day of June, 2015.


                                        /s/ *Roger Vinson*
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**